IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>DIEGO ARIAS,<br><br>               Defendant. | CASE NO. 1:26-MJ-00045-EPG<br><br>**ORDER UNSEALING REDACTED COMPLAINT** |

The United States, having arrested the defendant, Diego Arias, on an arrest warrant and the need for unsealing the complaint as to defendant Diego Arias only has ceased.

IT IS ORDERED that the redacted complaint and arrest warrant shall be partially unsealed as to defendant Diego Arias only.

Dated: **Apr 29, 2026**

_____
Hon. Stanley A. Boone
United States Magistrate Judge

1