IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00045-EPG |
| Plaintiff, | |
| v. | **ORDER UNSEALING REDACTED COMPLAINT** |
| DIEGO ARIAS, BRYAN ARTURO RODRIGUEZ-SERRANO, and JUAN CARLOS CARRILLO-SANCHEZ, | |
| Defendants. | |

The United States, having arrested the defendants in the above-captioned case on a complaint and arrest warrants and the need for sealing the complaint as to these defendants only has ceased;

IT IS ORDERED that the redacted complaint and arrest warrant shall be partially unsealed as to defendants Diego Arias, Bryan Arturo Rodriguez-Serrano, and Juan Carlos Carrillo-Sanchez only.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

1